(No. 1026—Claim denied.)

RUTH EDWARDS, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed March 10, 1927.*

RESPONDEAT SUPERIOR—*when State not liable.* This case is controlled by the decision of the court in *Shellabarger* v. *State, supra.*

RUSSELL F. MEYER, for claimant.

OSCAR E. CARLSTROM, Attorney General; FRANK R. EAGLETON, Assistant Attorney General, for respondent.

Mr. JUSTICE THOMAS delivered the opinion of the court:

This is a claim for $3000.00 damages caused by an accident which occurred April 30, 1925, on State Highway No. 2 near Minonk in Woodford county.

The facts in this case are the same as in the case of *Clifford Deane Shellabarger* v. *The State of Illinois,* No. 1025, and the decision of the court in this case will be the same as in that one.

The demurrer will be sustained, the claim disallowed and case dismissed.